FILED
2010 FEB 24 P 2: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Patience Nooney VanZandt - #179151

_____ /

CV 10 80 051 MISC

VRW

### ORDER TO SHOW CAUSE

It appearing that Patience Nooney VanZandt has been suspended by the State Bar Court following a criminal conviction and is required to comply with Rule 9.20 of the California Rules of Court effective December 18, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before April 2, 2010 as to why she should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Patience Nooney VanZandt
Attorney At Law

Patience Van Zandt
PO Box 737
Montague, CA 96064