**FILED**

MAY 1 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80051 MISC VRW

Patience Nooney VanZandt,

    State Bar No 179151                    ORDER

_____/

On February 24, 2010, the court issued an order to show cause (OSC) why Patience Nooney VanZandt should not be removed from the roll of attorneys authorized to practice law before this court, based upon her suspension by the State Bar of California following a criminal conviction effective December 18, 2009.

The OSC was mailed to Ms VanZandt's address of record with the State Bar on March 2, 2010.  A written response was due on or before April 2, 2010.  No response to the OSC has been filed as of this date.

The court now orders Patience Nooney VanZandt removed from the roll of attorneys authorized to practice before this court.  The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

Case Number: C 10-80051 VRW

Patience Nooney VanZandt,

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patience Nooney VanZandt
PO Box 737
Montague, CA 96064

Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

_Cora Klein_